UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALVIN CHARLES CARTER, JR. | CIVIL ACTION |
| VERSUS | NO. 22-753 |
| ST. MARY SHERIFF OFFICE | SECTION "A" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Alvin Charles Carter, Jr.'s 42 U.S.C. § 1983 complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this  14th  day of  June , 2022.

_____
UNITED STATES DISTRICT JUDGE